UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 13CR2756-AJB |
| Plaintiff, | ) | |
| v. | ) | **ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |
| ENRIQUE ULLOA-CAMACHO, | ) | (Doc. No. 20) |
| Defendant. | ) | |

Upon motion of the UNITED STATES OF AMERICA,

IT IS HEREBY ORDERED that the Information in the above entitled case be dismissed, without prejudice.

IT IS SO ORDERED.

DATED: August 9, 2013

Hon. Anthony J. Battaglia
U.S. District Judge